Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67829.—Glencourt Importing Co. and Geo. S. Bush & Co., Inc., et al. v. United States, protests 62/2402, etc. (Seattle).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67830.—Frank P. Dow Co., Inc., and Meurer Lamp and Shade Co. v. United States, protest 62/2911 (Los Angeles).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of iron works similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiffs was sustained.

No. 67831.—Amco Custom Brokerage Co. and F. B. Vandegrift & Co., Inc. v. United States, protests 62/6470 and 62/6458 (Philadelphia).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of metal articles wholly or in chief value of iron similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiffs was sustained.

No. 67832.—George A. Abood Co., Inc. v. United States, protest 61/20284 (New York).